

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jose Alfredo Jimenez,

\* From the 161st District Court
of Ector County,
Trial Court No. B-21-0353-CR.

Vs. No. 11-22-00205-CR

\* June 8, 2023

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $800 charge for court-appointed attorney's fees, and we affirm the judgment as modified.